UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-four,

_____

| | |
|---|---|
| In Re: SVB Financial Group,  Debtor. | **ORDER**  Docket No. 24-2612 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SVB Financial Group,

    Debtor-Appellant,

Official Committee of Unsecured Creditors,

    Creditor-Committee Appellant,

v.

Federal Deposit Insurance Corporation ,

    Appellee,

United States Trustee,

    Trustee.

_____

    On September 30, 2024, the court opened this appeal in error.

    IT IS HEREBY ORDERED that the appeal is administratively closed.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

