**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 22, 2024
Docket #: 24-2612
Short Title: In Re: SVB Financial Group

DC Docket #: 1:24-cv-6484
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jessica G.L. Clarke

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.